ACCEPTED
05-15-00279-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/13/2015 8:55:41 AM
LISA MATZ
CLERK

# The Law Offices of Thomas H. Keen, PLLC

555 Republic Drive, Suite 325
Plano, Texas 75074
**469-241-1467**
972-499-2446 (fax)
tom@keenlawfirm.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/13/2015 8:55:41 AM
LISA MATZ
Clerk

October 9, 2015

***Via Electronic Filing***
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

Re: NO. 05-15-00279-CR, NO. 05-15-00280-CR, NO. 05-00281-CR, NO. 05-15-00282CR, NO. 05-15-00283-CR, NO. 05-15-00284-CR, NO. 05-15-00285-CR, NO. 05-15-00286-CR, NO. 05-15-00287-CR, NO. 05-15-00288-CR, NO. 05-15-00289-CR, NO. 05-15-00290-CR, NO. 05-15-00291-CR, NO. 05-15-00292-CR, NO. 05-15-00293-CR, NO. 05-15-00294-CR, NO. 05-15-00295-CR, NO. 05-15-00296-CR, NO. 05-15-00297-CR, NO. 05-15-00298-CR, NO. 05-15-00299-CR, NO. 05-15-00300-CR, NO. 05-15-00301-CR, NO. 05-15-00302-CR, NO. 05-15-00303-CR, NO. 05-15-00304-CR, NO. 05-15-00305-CR, NO. 05-15-00306-CR, NO. 05-15-00307-CR, NO. 05-15-00308-CR, NO. 05-15-00309-CR, NO. 05-15-00310-CR, NO. 05-15-00311-CR, NO. 05-15-00312-CR, NO. 05-15-00313-CR, NO. 05-15-00314-CR, NO. 05-15-00315-CR, NO. 05-15-00316-CR, NO. 05-15-00317-CR, NO.05-15-00318-CR, NO. 05-15-00319-CR, NO. 05-15-00320-CR, NO. 05-15-00321-CR, NO. 05-15-00322-CR, NO. 05-15-00323-CR, NO. 05-15-00324-CR, NO. 05-15-00325-CR, NO. 05-15-00326-CR, NO. 05-15-00327-CR, NO. 05-15-00328-CR, NO. 05-15-00329-CR, NO. 05-15-00330-CR, NO. 05-15-00331-CR, *State of Texas vs. Farhad Nayeb,* In the Court of Appeal for the Fifth Judicial District of Texas at Dallas.

Dear Clerk:

The above-referenced matter is set for Submission on Tuesday, October 13, 2015 at 1:00 p.m., I will be appearing in the Court on behalf of the Appellee Farhad Nayeb.

If you have any questions or comments, please give me a call.

Sincerely,

Thomas H. Keen

THK/apg
z:\documents\keen\nayeb, farhad\counsel.7.docx